NJ

# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2020 SEP -3 P 12: 46
CLERK OF COURT

(Full name of plaintiff(s))

Micheal Brown

v.

(Full name of defendant(s))

Milwaukee County Jail
Sheriff David Clarke

Case Number: 20-C-1367

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   
   __P.O Box 190, 4280 Sherman Road__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Milwaukee County Jail Sheriff David Clark__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

and (if a person) resides at 901 N. 9TH STREET, Milwaukee, WI (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee County Jail, 901 N. 9TH ST Milwaukee, WI
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Milwaukee County Sheriff David Clark imprisoned me by no final judgement or order of any such jugdement To with, on March 3, 2014. I was released on a personal recognizance in Milwaukee County case numbers 2013CF003947 and 2013CF004527 with turn over to Justice point for GPS Monitoring. Moreover, on May 9, 2014 Milwaukee County case number 2014cf890, which was a fugitive from justice proceeding related to an arrest warrant in the State of Kansas, was ordered dismissed. There was no current reason or no valid Wisconsin

Complaint – 2

Court order permitting the respondent, David Clarke to continue to imprison me. The cause or pretense of my imprisonment upon information and belief, is as follows: A. On May 19, 2014 the undersigned spoke to a person at the Milwaukee County jail records who claimed that the reason I have not been released is because I have to be turned over to Justice Point, and no one from Justice Point has requested me. B. On May 19, 2014 My Attorney Jeffrey W. Jensen spoke to "Katie" at Justice Point, and she informed my attorney that they have been attempting to have me released on GPS, but the jail will not turn me over to Justice point. According to "Katie", the personnel are claiming that they Cannot release me due to the existence of the Kansas warrent. 4. The matter concerning the Kansas warrent was determind by the Milwaukee County Circuit Court when Judge Witkowiak dismissed the case on May 9, 2014.

Complaint-4

The case was dismissed because kansas did not come to pick me up. Thus, the existence of kansas warrent did not provide Sheriff Clarke with no legal basis to imprison me any further. Clarke's continued to imprison was then illegal. Clarke refused to turn me over to take at justice according to my ███ attorney Jeffrey W. Jensen to be released

I was also illegally detained at the Milwaukee County jail again June 2018 and August 2018 this was the second time that I was detained base on a arrest warrent from kansas City it was also dismissed again when district attorney failed to provide documentation about my arrest ██ and/or any Criminal charges the structures of limitation has been exhausted your honor Pleass give me Justice

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 200,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want $200,000 dollars for the mental pain + anguish David Clarke put me + my family thru. + depriving me of my freedom as well.

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __31__ day of __August__ 20 __20__.

Respectfully Submitted,

_Micheal Brown_
Signature of Plaintiff

_243342_
Plaintiff's Prisoner ID Number

Drug Abuse Correctional Center
P.O Box 190, 4280 Sherman Road
Winnebago, WI 54985-0190
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.